**Joe JAMMARON, Petitioner,**

v.

**Howard U. MOTZ and Zemlock & Son, Inc., a Colorado corporation, Respondents.**

**No. 83 SC 311.**

Supreme Court of Colorado, En Banc.

May 3, 1984.

Kenneth Balcomb, John A. Thulson, Delaney & Balcomb, P.C., Glenwood Springs, for respondents.

T. Peter Craven, Glenwood Springs, for petitioner.

ORDER OF COURT

Upon consideration of the Stipulation for Dismissal filed herein, and now being sufficiently advised in the premises,

It is this day ordered that said stipulation shall be, and the same hereby is, approved, and the Petition for Writ of Certiorari in this case is Dismissed with prejudice and

---

the matter remanded to the Court of Appeals for any further proceedings.